| Case: | Document: 1 | Incident: 6/19/2021 | Filed: 8/26/2021 | Page: 01 of 17 |
|---|---|---|---|---|

IN

# THE UNITED STATES COURT

FOR

## THE DISTRICT OF MASSACHUSETTS

**Mr. ABDELKRIM HAJRI**

Pro Se Litigant,

*PLAINTIFF,*

## V.

**BOSTON CITY, MA:**
1- Ex- Mayor of the city of Boston,
2- Boston Police Dept. Commissioner,
3- Chief of Economic Development Dept.,
4- Boston Housing Authority Commissioner,

*DEFENDANT,*

**&**

5- Suffolk County, Boston Ditrict
6- State Of Massachusetts,
7- MA Certificate Service

*ACCOMPLICE,*

**&**

8- COUNSEL:
   SAMUEL A. SEGAL, ESQ
   Personal Injury Law,

9- OTHERS.

*ACCESSORY.*

Civil Action N._____

## COMPLAINT

JURY TRIAL DEMANDED

| Case: | Document: 1 | Incident: 6/19/2021 | Filed: 8/26/2021 | Page: 02 of 17 |
|---|---|---|---|---|

## THE COMPLAINT

Plaintiff, Mr. Abdelkrim Hajri, on his own behalf and on behalf of his businesses, brings this lawsuit action against the defendants listed below for violations punishable under the jurisdiction of the US Court and seeks compensatory and punitive damages and all other appropriate relief.

Plaintiff seeks relief for incapacity to deter the conspiratorial crime in the US Criminal Court lawsuit.

Plaintiff entered the United States as an envoy intelligence officer delegated by the Kingdom of Morocco in order to work as a consultant to the CIA and FBI. For some reasons – details will not be included in the lawsuit - Plaintiff returned back to Boston and was granted asylum.

Plaintiff was attacked in 2010 and Boston Police closed the case. On May 19th 2021, Plaintiff was attacked by a car. A detective was assigned by Police, but Defendants are trying to bury the case, again.

Plaintiff was in conflict with local authorities which entirely blocked his business. In addition a foreign country worked hard for this assassination to happen since local authorities failed to maliciously indict the plaintiff in order to send him back to his mother country to face political consequences.

The assassination was meticulously designed and the operation success rate was above 99.99%. There was no way that plaintiff should survive after the hit. Defendants have invested in killing the plaintiff as a perfect target; The plaintiff was having only 0.1% chance to survive and avoid the assassination.

Your Honor,

The plaintiff, in a Wednesday afternoon day light on May 19th 2021, saw death with his widely opened eyes and heard a little boy inside of him screaming: "Mother…!"

| Case: | Document: 1 | Incident: 6/19/2021 | Filed: 8/26/2021 | Page: 03 of 17 |
|---|---|---|---|---|

| **THE PARTIES** |
|---|

## THE PLAINTIFFS:

### *Plaintiff 1:*

Name:   ABDELKRIM HAJRI

Street Address:   241 Msgr.  O'Callaghan  Way Apt# 833

City and County:   Boston, Suffolk County

State and Zip Code:  Massachusetts, 02127-2136

Telephone Number:   (617 )- 596 - 0035


### *Plaintiff 2:*

Name:  Drapo Mediatick LLC

Street Address:  236 Commercial Street Suite 100

City and County: Boston, Suffolk County

State and Zip Code: :   Massachusetts, 02109-

Telephone Number: (617 )- 436 - 0011


### *Plaintiff 3:*

Name:  South Boston Chronicle LLC

Street Address:  One Marine Park Drive

City and County: Boston, Suffolk County

State and Zip Code: :   Massachusetts,  02127

Telephone Number: (617 )- 596 - 0035

| Case: | Document: 1 | Incident: 6/19/2021 | Filed: 8/26/2021 | Page: 04 of 17 |
|---|---|---|---|---|

## DEFENDANTS:

### *Defendant - 1* :

Name:  Ex-Mayor City of Boston, Mayor's Marty Walsh Office

Street Address:  1 City Hall Plaza

City and County: Boston, Suffolk County

State and Zip Code: :  Massachusetts,  02108

Telephone Number: (617 )- 596 - 0035

### *Defendant – 2 :*

Name:  Boston Police Commissioner

Street Address:  One Schroeder Plaza

City and County: Boston, Suffolk County

State and Zip Code: :  Massachusetts, 02120 - 2014

 Telephone Number: (617 )- 343 - 4500

### *Defendant -3 :*

Name:  Department of Economic Development, Chief Barros Office

Street Address:  1 City Hall Square

City and County: Boston, Suffolk County

State and Zip Code: :  Massachusetts, 02201

Telephone Number: (617 )- 635 – 5729

### *Defendant - 4:*

Name:  Boston Housing Authority

Street Address:  52  Chauncy Street

City and County: Boston, Suffolk County

State and Zip Code: :  Massachusetts, 02111

Telephone Number: (617 )- 988 - 4000

| Case: | Document: 1 | Incident: 6/19/2021 | Filed: 8/26/2021 | Page: 05 of 17 |
|---|---|---|---|---|

### *Defendant -5:*

Name:  Suffolk County District of Boston

Street Address:  One Bulfinch Place

City and County: Boston, Suffolk County

State and Zip Code: :  Massachusetts,  02114

Telephone Number: (617 )- 619 - 4000


### *Defendant -6:*

Name:  State Secretary Office, MA Certificate Service

Street Address:  151 Tremont St, Ste 110- 342

City and County: Boston, Suffolk County

State and Zip Code: :  Massachusetts,  02111

Telephone Number: (866 )- 301 - 2738


### *Defendant -7:*

Name:  Samuel A. Segal

Street Address:  111 Beach Street, Suite 1

City and County: Boston, Suffolk County

State and Zip Code: :  Massachusetts,  02111

Telephone Number: (617 )- 383 - 3542

| Case: | Document: 1 | Incident: 6/19/2021 | Filed: 8/26/2021 | Page: 06 of 17 |
|---|---|---|---|---|

## JURISDICTION

1- Defendants within their legal capacities have participated and/ or directed , collectively and/or in a complementary distribution of roles, to operate the assassination of the Plaintiff on May 19th 2021 in downtown Boston (26-40 Court Street), which is a criminal violation of the law under Section § 956, and as expanded on April 24, 1996, 18 U.S.C. § 956.

2- Defendants within their legal capacities have participated and/ or directed , collectively and/or in a complementary distribution of roles, to violate the law under the federal jurisdictions related to infliction and of severe physical and mental pain and suffering, under Section 2340A of Title 18, United States Code (18 U.S.C. 2340A).

3- Defendants within their legal capacities have participated and/ or directed , collectively and/or in a complementary distribution of roles, to violate the law under the federal jurisdictions related deprivation of rights under color of law Section § 242 of Title 18, United States Code (18 U.S.C. § 242).

4- Defendants within their legal capacities have participated and/ or directed , collectively and/or in a complementary distribution of roles, to provide material support ( shelter, transportation, funds, CCTV cover, covering Identity…etc) in violation to section § 2339A , of 1996 amended 18 U.S.C. § 2339A to expand its list of terrorist type offenses, knowing that such support will be used to commit one of the offenses specified in the statute. (The offenses specified in the statute are: 18 U.S.C. §§ 32, 37, 81, 175, 351, 831, 842(m) or (n), 844(f) or (i), 956, 1114, 1116, 1203, 1361, 1362, 1363, 1366, 1751, 2155, 2156, 2280, 2281, 2332, 2332a, 2332b, or 2340A and 49 U.S.C. § 46502.) in support to statutes related to (18 U.S.C. § 2).

5- Defendants within their legal capacities have participated and/ or directed , collectively and/or in a complementary distribution of roles, to violate the law under the federal jurisdictions related to Section 1091 of Title 18, United States Code (18 U.S.C. § 1091).

| Case: | Document: 1 | Incident: 6/19/2021 | Filed: 8/26/2021 | Page: 07 of 17 |
|---|---|---|---|---|

6- Defendants within their legal capacities have participated and/ or directed , collectively and/or in a complementary distribution of roles, to violate the law under the federal jurisdictions related to the 4th amendment, and the requirements set forth in 18 U.S.C. § 2518.

7- Defendants within their legal capacities have participated and/ or directed , collectively and/or in a complementary distribution of roles, to violate the law under the federal jurisdictions related to closed-circuit television (CCTV) to conduct a visual surveillance of a person or a place as governed by the Fourth Amendment and Circuits.

8- Defendants within their legal capacities have participated and/ or directed , collectively and/or in a complementary distribution of roles, to violate the law under the federal jurisdictions related to carjacking crimes under section 18 U.S.C.A. § 2119 (West Supp. 1995).

9- Defendants within their legal capacities have participated and/ or directed , collectively and/or in a complementary distribution of roles, to violate the law under the federal jurisdictions related to The Violent Crime Control and Law Enforcement Act of 1994 created Chapter 26 to Title 18, United States Code, entitled "Criminal Street Gangs." 18 U.S.C.A. § 521 (West Supp. 1995), and related enacted sections, and also related to hiring teenagers and operating in a juvenile crimes.

10- Defendants within their legal capacities have participated and/ or directed , collectively and/or in a complementary distribution of roles, to violate The Victims' Rights and Restitution Act (VRRA) (34 U.S.C. § 20141) describes the services the federal government is required to provide to victims of federal crime. The Crime Victims' Rights Act (CVRA) (18 U.S.C. § 3771) sets forth the rights that a person has as a crime victim.

11- Defendants within their legal capacities have participated and/ or directed , collectively and/or in a complementary distribution of roles, to violate The 18 U.S.C. §§ 2510-22, as amended by the Electronic Communications Privacy Act (ECPA)(Pub. L. 99-508; 10/21/86), the Communications Assistance to Law Enforcement Act (CALEA)(Pub. L. 103-414 that prohibits unauthorized, nonconsensual interception of "wire, oral,

| Case: | Document: 1 | Incident: 6/19/2021 | Filed: 8/26/2021 | Page: 08 of 17 |
|---|---|---|---|---|

or electronic communications" by government agencies as well as private parties.

12- Defendants within their legal capacities have participated and/ or directed , collectively and/or in a complementary distribution of roles, to violate The Title VI, 42 U.S.C. § 2000d et seq., was enacted as part of the landmark Civil Rights Act of 1964. It prohibits discrimination on the basis of race, color, and national origin in programs and activities receiving federal financial assistance.

| Case: | Document: 1 | Incident: 6/19/2021 | Filed: 8/26/2021 | Page: 09 of 17 |
|---|---|---|---|---|

## GENERAL ALLEGATIONS

### BOSTN CITY:

13- Boston Mayor seized Plaintiff's training certificate for city contracting. The complainant returned it back to the certification city officer for name spelling correction. Mayor Martin Walsh seized it , did not sign the spelling correction, and never returned back.

14- Under Mayor's knowledge and directives the assassination operation was established.

15- Under Mayor's knowledge and directives Boston Housing was conspiring with tenant to evict the Plaintiff, make life harder for the Plaintiff to stay in that neighborhood in order to force him out the housing program.

16- Under Mayor's knowledge and directives Boston Economic Development Department prevented the Plaintiff from having access to benefits provided to business start ups by HUD federal funds since 2016 until 2021.

17- Under Mayor's knowledge and directives   impermissible CCTV surveillance and facial recognition data collection was launched in order to trap the Plaintiff.

18- Under Mayor's knowledge and directives, Boston Housing Authority operated numerous home invasions and impermissible seizures of goods and equipments from Plaintiff's apartment any time the Plaintiff is seen away from his apartment.

19- Under Mayor's knowledge and directives teenagers were hired to cause harm and attack the Plaintiff, destroy his property and operate home invasion on their

| Case: | Document: 1 | Incident: 6/19/2021 | Filed: 8/26/2021 | Page: 10 of 17 |
|-------|-------------|---------------------|------------------|----------------|

own any time the Plaintiff is outside away from his apartment. In addition, the teenagers were regularly throwing fireworks on the Plaintiff's window and vandalizing his car.





| Case: | Document: 1 | Incident: 6/19/2021 | Filed: 8/26/2021 | Page: 11 of 17 |
|---|---|---|---|---|





| Case: | Document: 1 | Incident: 6/19/2021 | Filed: 8/26/2021 | Page: 12 of 17 |
|-------|-------------|---------------------|------------------|-----------------|





| Case: | Document: 1 | Incident: 6/19/2021 | Filed: 8/26/2021 | Page: 13 of 17 |
|-------|-------------|---------------------|------------------|-----------------|

1- Under Mayor's knowledge and directives, Boston Medical Center denied the Plaintiff's right to access documents related to re-applying to disability benefits due to mental damage caused by conspiracy to destroy Plaintiff's mental ability.

2- Under Mayor's knowledge and directives, Boston Police denied the Plaintiff's right as a victim access to police reports.

**SUFFOLK COUNTY**

3- Suffolk County provides cover for the failed assassination operated by local authority.

4- Suffolk County denies the complainant victim's rights including opening a federal crime inquiry.

**STATE OF MASSACHUSETTS:**

5- Governor Baker Plaintiff provided legal and logistics to Mayor Walsh that caused harm to the Plaintiff .

6- Under Governor Baker permission the office of the State Secretary is operating out of State Government building- MA Certificate Service.

7- Under Governor Baker knowledge and directives the Plaintiff 's private information was utilized to draw federal grants related to Covid emergency .

| Case: | Document: 1 | Incident: 6/19/2021 | Filed: 8/26/2021 | Page: 14 of 17 |
|-------|-------------|---------------------|------------------|----------------|

Department of the Treasury
**Internal Revenue Service**
Austin, TX 73301-0003

Official Business
Penalty for Private Use, $300

PRESORTED
FIRST-CLASS MAIL
Postage and Fees Paid
Internal Revenue Service
PERMIT NO. G-48

SPR ****AUTO**5-DIGIT 02127
F7R4E-0046208  7-004                      09734094065
ABDELKRIM HAJRI
241 MSGR OCALLAGHAN WAY APT 833
BOSTON, MA 02127-3621





Department of the Treasury
**Internal Revenue Service**
Austin, TX 73301-0003

**Notice Date: February 19, 2021**
**Notice Number: 1444-B**

**For assistance, you may call:**
800-919-9835

F7R4E-0046208
ABDELKRIM HAJRI
241 MSGR OCALLAGHAN WAY APT 833
BOSTON, MA 02127-3621

## Your Second Economic Impact Payment

**What you need to know**
The U.S. Department of the Treasury issued you a second economic impact payment (**EIP2**) as provided by the COVID-related Tax Relief Act of 2020.

An EIP2 payment in the amount of $ 600.00 was issued by direct deposit.

Your EIP2 is based on information from your 2019 federal income tax return or information you provided using the Non-filers tool. This information includes your filing status, the number of qualifying children, and your adjusted gross income. If you didn't provide information to the IRS but you are a federal benefit recipient, your EIP2 was sent to the bank account in which you receive benefits from the Social Security Administration (SSA), Railroad Retirement Board, or U.S. Department of Veterans Affairs (VA).

Your EIP2 isn't considered taxable income, and you shouldn't report it as income on your 2020 federal income tax return. If you receive federal benefits or federally financed benefits, those benefits generally won't be affected by any EIP2 you receive.

Your EIP2 hasn't been reduced for past due child support or any other federal or state debts.

**What you need to do**

| Case: | Document: 1 | Incident: 6/19/2021 | Filed: 8/26/2021 | Page: 15 of 17 |
|-------|-------------|---------------------|------------------|----------------|

## Law Offices of Samuel A. Segal

14- Defendant committed a Breach of lease contract.

15- Defendant Accepted to join the conspiracy that ended with a failed assassination attempt.

16- Defendant refused to pay back lease deposit amount and also refused to provide receipts. These signages should be paid by CDBG grant programs.

17- Defendant held without notice the complainant's mail.

18- Defendant plays a role in the assassination conspiracy for his qualification in personal injury law, which would allow him take over the case and cover up the crime.









| Case: | Document: 1 | Incident: 6/19/2021 | Filed: 8/26/2021 | Page: 16 of 17 |
|---|---|---|---|---|

## PRAYER TO RELIEF

- **Legal Relief:**

  1. Subpoena Boston Police Commissioner with a Court Order to release of all documents related to the case including incident videos, audio complaint and written reports.

  2. Court order to detain the people who were hired to execute the conspiracy as explained in the response provided to the detective.

  3. Court order to destroy all and any Facial Recognition Data and social Engineering Data defendants have been collecting, and destroy all seizures.

  4. Court order to deter defendants from damaging and/ or operating impermissible home invasions and impermissible seizures.

- **Punitive Remedy:**

  1- Deter and punish the local government personnel especially the executives who enjoy the absolute immunity through which they felt free to abuse the power and to conspire harmful actions.
  2- Court order to detain people who are related to the conspiracy.

- **Monetary Remedy:**

  Plaintiff requests aggravated injury remedy of the following value amount:

  1. $ 50.000.000.00 (Fifty million Dollars) for assassination attempt.

  2. $ 1.000.000.00 (One Million Dollar ) paid for the witness who helped distract the hit-man and rescue the victim.

  3. $ 250.000.00 (Two hundreds –Fifty thousand Dollars) for each year (from 2016 until 2021) since defendants segregated the complainant from HUD and other public funds access.

  4. $ 250.000.00 (Two hundreds –Fifty thousand Dollars) punitive fee against the defendant injury lawyer for his participation in the crime.

| Case: | Document: 1 | Incident: 6/19/2021 | Filed: 8/26/2021 | Page: 17 of 17 |
|-------|-------------|---------------------|------------------|----------------|

Dated: August 26th, 2021

Respectfully submitted

Plaintiff:     ABDELKRIM   HAJRI

Mailing Address:

Drapo Mediatick LLC

236 Commercial Street Ste 100

Boston MA 02109

ABDELKRIM HAFDI