```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
 _____
                                )
ABDELKRIM HAJRI,                )
        Plaintiff,              )
                                )       CIVIL ACTION
        v.                      )       NO. 21-11448-WGY
                                )
EX-MAYOR OF THE CITY OF BOSTON, )
        Defendants, et al.      )
                                )
 _____
```

YOUNG, D.J.

**ORDER**

Abdelkrim Hajri, proceeding pro se, initiated this action on September 2, 2021, by filing a complaint accompanied by a request for leave to proceed in forma pauperis. Docket Nos. 1, 2.

On October 12, 2021, Hajri was denied leave to proceed in forma pauperis and was advised Hajri that none of the criminal statutes cited in the complaint provides a private right of action. Docket No. 5. The Order also stated that the complaint fails to state a claim pursuant to Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d, a statute referenced in the complaint. Id.

Hajri was advised that to proceed with this action, within 21 days, he must file (1) a renewed in forma pauperis request or pay the filing fee; and (2) an amended complaint or show cause why this action ought not be dismissed for lack of subject matter

jurisdiction.  Id.  The Order stated that failure to comply with these directives will result in the dismissal of this action.

On October 26, 2021, Hajri paid the $402 filing fee, but he did not file an amended complaint nor shown cause why this action ought not be dismissed for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(h)(3).  See Docket.

The show-cause deadline has passed, and Hajri has not offered any reason why he has not complied with the Court's show cause order, nor sought additional time to do so.

Accordingly, plaintiff shall show cause, in writing, why this case should not be dismissed for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(h)(3) or file an amended complaint.  Failure to timely comply with this directive within 21 days of the date of this Order will result in the dismissal of this action without prejudice.

**SO ORDERED.**

Date: November 22, 2021

/s/ William G. Young
WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE